IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LATOYA JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. )     1:24-cv-2242 (LMB/IDD) <br> ) <br> ALEXANDRIA HOUSING DEVELOPMENT ) <br> CORPORATION, ) <br> ) <br> Defendant. | |

### ORDER

Having been advised by the parties that this matter has settled, it is hereby

ORDERED that this civil action be and is STAYED for fourteen (14) days, by which time the parties must either file a stipulation of dismissal or notify the Court as to why no such stipulation has been filed.

The Clerk is directed to forward copies of this Order to counsel of record and to cancel the hearing on defendant's Motion to Dismiss scheduled for Friday, March 14, 2025.

Entered this 5th day of March, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge