IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LATOYA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 1:24-cv-2242 (LMB/IDD) |
| | ) |
| ALEXANDRIA HOUSING DEVELOPMENT | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL ORDER

THIS MATTER comes before the Court by agreement of the parties to dismiss Plaintiff's Complaint with prejudice; WHEREFORE, it is hereby ORDERED that this matter is dismissed with prejudice.

ENTERED this 19 day of March, 2025.

/s/
Leonie M. Brinkema
United States District Judge

WE ASK FOR THIS:

/s/ Michael T. Pritchard
Michael T. Pritchard, Esq. (VSB #65846)
Hogan & Pritchard, PLLC
4101 Chain Bridge Road, Suite 300
Fairfax, VA 22030
Ph: 703-359-1000
Fax: 703-359-1002
mpritchard@thehplawfirm.com
*Counsel for Plaintiff LaToya Johnson*

SEEN AND AGREED:


/s/ Michael E. Barnsback
Michael E. Barnsback, Esq.
O'Hagan Meyer, PLLC
2560 Huntington Ave, Ste 204
Alexandria, VA 22303
mbarnsback@ohaganmeyer.com
Counsel for Defendant Alexandria Housing Development Corp.